ROBERT DINWOODIE ET AL. *v.* AETNA
CASUALTY AND SURETY COMPANY
(10158)

DUPONT, C. J., NORCOTT and FOTI, Js.

Argued December 13, 1991—decision released January 28, 1992

*Raymond T. Trebisacci,* for the appellants (plaintiffs).

*Lorinda S. Coon,* with whom, on the brief, was *Eugene A. Cooney,* for the appellee (defendant).

PER CURIAM. We have fully considered the plaintiffs' claims and have thoroughly reviewed the parties' briefs as well as the record of the case. We fail to recognize how the matters of *American Motorists Ins. Co. v. Gould,* 213 Conn. 625, 569 A.2d 1105 (1990), and *Cov-*

*enant Ins. Co.* v. *Coon,* 220 Conn. 30, 594 A.2d 977 (1991), are distinguishable, and accordingly find that they control the present case.

The judgment is affirmed.